```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 14512
    ODDIE HUNT
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-9127


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/10/2007 and was confirmed 11/19/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 06/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------------
TRIAD FINANCIAL CORP     SECURED VEHIC            .00             .00              .00
BAYVIEW LOAN SERVICING   CURRENT MORTG            .00             .00              .00
BAYVIEW LOAN SERVICING   MORTGAGE ARRE         627.60             .00           627.60
TRIAD FINANCIAL CORP     UNSECURED        NOT FILED               .00              .00
AMERICAN GENERAL FINANCE NOTICE ONLY      NOT FILED               .00              .00
AMERICAN GENERAL FINANCE NOTICE ONLY      NOT FILED               .00              .00
AMERICAN GENERAL FINANCE NOTICE ONLY      NOT FILED               .00              .00
AMERICAN GENERAL FINANCE NOTICE ONLY      NOT FILED               .00              .00
ARONSON FURNITURE        NOTICE ONLY      NOT FILED               .00              .00
ARONSON FURNITURE        NOTICE ONLY      NOT FILED               .00              .00
ARONSON FURNITURE        NOTICE ONLY      NOT FILED               .00              .00
ARONSON FURNITURE        NOTICE ONLY      NOT FILED               .00              .00
BANK OF AMERICA MORTGAGE NOTICE ONLY      NOT FILED               .00              .00
GEMB/HOME DEPOT          NOTICE ONLY      NOT FILED               .00              .00
GEMB/JC PENNEY           NOTICE ONLY      NOT FILED               .00              .00
NCB IND                  NOTICE ONLY      NOT FILED               .00              .00
NICOLE G LAWSON          DEBTOR ATTY         2,474.00                          2,474.00
TOM VAUGHN               TRUSTEE                                                 228.40
DEBTOR REFUND            REFUND                                                  475.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  3,805.00

PRIORITY                                             .00
SECURED                                           627.60
UNSECURED                                            .00
ADMINISTRATIVE                                  2,474.00
TRUSTEE COMPENSATION                              228.40
DEBTOR REFUND                                     475.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 14512 ODDIE HUNT
```

```
                               ---------------      ---------------
TOTALS                             3,805.00             3,805.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


|  |  |
|---|---|
| Dated: 09/25/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |